UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:24-cv-01084-WBS-CSK
No. 2:24-cv-01094-WBS-CSK
No. 2:24-cv-01095-WBS-CSK
No. 2:24-cv-01126-WBS-CSK
No. 2:24-cv-01167-WBS-CSK
No. 2:24-cv-01209-WBS-CSK
No. 2:24-cv-01212-WBS-CSK
No. 2:24-cv-01213-WBS-CSK
No. 2:24-cv-01214 WBS-CSK

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

1

1   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
2   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
3   the Court to open a new case for each attempted new pleading and assign it to the Court for
4   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
5   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6        The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7   finds they are related to Plaintiff's Alameda County criminal conviction.

8        Accordingly, IT IS HEREBY ORDERED that 2:24-cv-01084, 2:24-cv-01094, 2:24-cv-
9   01095, 2:24-cv-01126, 2:24-cv-01167, 2:24-cv-01209, 2:24-cv-01212, 2:24-cv-01213 and 2:24-
10  cv-1214 are DISMISSED; the Clerk of the Court is directed to close these cases.  No further
11  filings will be accepted.

12  Dated:  May 2, 2024

        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE